AO 442     (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

GREGORY HOLLOWAY

## WARRANT FOR ARREST

Case Number:   Civil  95-1047(JBS)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Gregory Holloway _____

                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   ☐ Violation        ☐ Probation Violation Petition

charging him or her        (brief description of offense)

.

In contempt of Court's March 5, 2008 Order.

in violation of _____ 28 _____ United States Code, Section(s) _____ 1826 _____

Jerome B. Simandle
Name of Issuing Officer

United States District Judge
Title of Issuing Officer

*Jerome B. Simandle*
Signature of Issuing Officer

3/24/09        Camden, NJ
Date and Location

Bail fixed at $ _____ by _____

                                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |