**LAW OFFICE OF ROBIN J. GRAY, ESQ.**
**By: Robin J. Gray**
Attorney ID No. 58725          Attorney for Defendant
P.O. Box 4322                  Gregory Holloway
Reading, PA 19606
(610) 689-0877

| | |
|---|---|
| **JOHN R. ANDREWS, ET AL** : | UNITED STATES DISTRICT COURT |
|     **Plaintiff** : | FOR THE DISTRICT OF NEW JERSEY |
| : | |
|     **v.** : | |
| : | CIVIL DOCKET NO. 95-1047 (JBS) |
| **GREGORY HOLLOWAY, A/K/A** : | |
| **GREG HOLLOWAY, ET AL** : | |

## NOTICE OF APPEAL

Notice is hereby given that Gregory Holloway, a/k/a Greg Holloway, Defendant above-named, hereby appeals to the Third Circuit Court of Appeals from the Order entered in this matter on March 12, 2009.

                                                                Respectfully submitted

                                                                /s/ Robin J. Gray

                                                                Robin J. Gray

Date: April 12, 2009